DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
SIEU MY TRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SIEU MY TRAN,<br>ABDULAZIZ ABDULAHI KHALIL,<br><br>             Defendants.<br>_____/ | Case Number CR 3:11-cr-00462 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING COURT APPEARANCE** |

THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that the current court date of May 15, 2012, be vacated and reset to June 26, 2012, at 2:30 p.m.  This request is made in order to afford counsel for Ms. Tran further time to review voluminous discovery.  Ms. Tran's counsel also requests a continuance in order to accommodate an intervening paternity leave.

THE PARTIES STIPULATE that time should be excluded from May 15, 2012, through June 26, 2012, when the Court computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. section 3161(h)(7)(A) and

(B)(iv).

Date: 5/4/12                             /s/ Douglas Horngrad
                                         DOUGLAS I. HORNGRAD
                                         Attorney for SIEU M. TRAN


Date: 5/4/12                             /s/ With Consent
                                         ANTHONY J. KNOWLES
                                         Attorney for ABDULAZIZ A. KHALIL


Date: 5/7/12                             /s/ With Consent
                                         ROBIN L. HARRIS
                                         Assistant United States Attorney


**[PROPOSED] ORDER**

**IT IS SO ORDERED.** The Court further orders that time is excluded from May 15, 2012, through June 26, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

Date: 5/7/12                             _____
                                         **HON. RICHARD SEEBORG**
                                         **UNITED STATES DISTRICT JUDGE**