1 | MELINDA HAAG (CSBN 132612)
United States Attorney

2

3 | MIRANDA B. KANE (CSBN 150630)
Chief, Criminal Division

4 | ROBIN L. HARRIS (CSBN 123364)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7016

7 | Facsimile: (415) 436-7234

8 | Attorneys for the United States of America

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,          )     No. CR 11-0462 RS
                                       )
        Plaintiff,                     )     **STIPULATION AND ORDER** [Proposed]
14                                     )
        v.                             )
15                                     )
   ABDULAZIZ ABDULAHI KHALIL and       )
16 | SIEU MY TRAN,                      )
                                       )
17                                     )
        Defendants.                    )
18

19 | **STIPULATION**

20 | It is hereby stipulated by and between Plaintiff, the United States of America, and

21 | Defendants, Abdulaziz Abdulahi Khalil and Sieu My Tran, that the status conference in the

22 | above-captioned case shall be continued from June 26, 2012 until July 10, 2012 at 2:30 p.m..

23 | This stipulation is based upon the unavailability of government counsel on June 26, 2012 and the

24 | continuing need for counsel to review the voluminous discovery produced in this case.  The

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION AND ORDER[Proposed]
[CR 11-0462 RS]

1   parties further stipulate that the time from June 26, 2012 through July 10, 2012 shall be excluded

2   from the Speedy Trial Act for the effective preparation of counsel.

3

4   DATED: June 11, 2012

5

6   _____/s/_____                                    _____/s/_____
    ANTHONY KNOWLES                                    ROBIN L. HARRIS
    Attorney for Defendant Khalil                      Assistant United States Attorney

7

8   _____/s/_____
    DOUGLAS HORNGRAD
    Attorney for Defendant Tran

9

                              **ORDER** [Proposed]

10

         The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED

11

    that the status conference in the above-captioned matter is continued from June 26, 2012 until

12

    July 10, 2012 at 2:30 p.m.  It is further ordered that the time from June 26, 2012 through July 10,

13

    2012 is excluded from the Speedy Trial Act for the effective preparation of counsel.

14

    IT IS SO ORDERED.

15

16       Date: 6/11/12

17                                                     _____
                                                       Honorable Richard Seeborg
18                                                     United States District Court Judge

19

20

21

22

23

24

25

26

27

28