1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  SIEU MY TRAN

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case Number CR 3:11-cr-00462 RS

12            Plaintiff,
                                          STIPULATION AND [~~PROPOSED~~]
13       v.                               ORDER RESETTING COURT
                                          APPEARANCE
14 SIEU MY TRAN,
   ABDULAZIZ ABDULAHI KHALIL,
15
              Defendants.
16 _____/

17

18       THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that the

19 current court date of September 11, 2012, be vacated and reset to October 30, 2012, at 2:30

20 p.m. This request is made in order to afford counsel for Ms. Tran and counsel for the United

21 States to further pursue a resolution of Ms. Tran's case. Counsel have been working

22 diligently toward a resolution, and are close to finalizing a plea agreement. Additionally,

23 counsel for Ms. Tran has pre-arranged travel plans. Therefore, it is respectfully requested that

24 the matter be continued to October 30, 2012.

25       THE PARTIES STIPULATE that time should be excluded from September 11, 2012,

26 through October 30, 2012, when the Court computes the time within which the trial of the

27 above criminal prosecution must commence for purposes of the Speedy Trial Act. The

28 parties stipulate that the ends of justice served by granting defendant's request for a

continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

Date: 9/6/12 /s/ Douglas Horngrad
DOUGLAS I. HORNGRAD
Attorney for SIEU M. TRAN

Date: 9/6/12 /s/ With Consent
ANTHONY J. KNOWLES
Attorney for ABDULAZIZ A. KHALIL

Date: 9/6/12 /s/ With Consent
ROBIN L. HARRIS
Assistant United States Attorney

[PROPOSED] ORDER

**IT IS SO ORDERED.** The Court further orders that time is excluded from September 11, 2012, through October 30, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

Date: 9/7/12 _____
**HON. RICHARD SEEBORG**
**UNITED STATES DISTRICT JUDGE**