UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 11-0462 RS |
| Plaintiff, | ) ) ) | **ORDER** [proposed] |
| | ) | |
| v. | ) ) | |
| | ) | |
| ABDULAZIZ KHALIL and SIEU MY TRAN | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

On November 30, 2012 a status conference was held before this Court in the above-captioned case. Plaintiff, the United States of America, was represented by Assistant United States Attorney Robin L. Harris. Defendant, Abdulaziz Khalil, was represented by Attorney Anthony Knowles, who is appearing *pro hac vice* in this case. Defendant Sieu My Tran was represented by the law office of Douglas Horngrad. Defendant Tran changed her plea to guilty and will be sentenced on May 14, 2013. The case was continued to February 5, 2013 for further status regarding defendant Khalil and to enable the government and defendant Khalil to participate in a settlement conference before a United States Magistrate Judge.

The United States and defendant Khalil jointly requested that the time from November 30, 2012 through February 5, 2013 be excluded from the Speedy Trial Act for the effective preparation of counsel in light of the anticipated settlement conference and the continued complexity of the case. As discussed and augmented by the oral record of proceedings at the Order

1 | November 30, 2012 hearing, this Court found that the interests of justice outweighed the
2 | defendants' and public's interest in a speedy trial and excluded from the Speedy Trial Act the
3 | time from November 30, 2012 through February 5, 2013.
4 |     Accordingly, the parties having so stipulated and good cause appearing, IT IS
5 | HEREBY ORDERED that the time from November 30, 2012 through February 5, 2013 is
6 | excluded from the Speedy Trial Act based upon the complexity of the case and to enable the
7 | parties to participate in a settlement conference, which findings are further discussed in the
8 | oral record of proceedings on November 30, 2012.

DATED: 11/30/12

_____
Honorable Richard Seeborg
United States District Judge

Order

2