```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (CSBN 412811)
 3  Chief, Criminal Division

 4  ROBIN L. HARRIS (CSBN 123364)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone:  (415) 436-7016
 7      Facsimile:  (415) 436-7234

 8  Attorneys for the United States of America
```

9      UNITED STATES DISTRICT COURT

10     NORTHERN DISTRICT OF CALIFORNIA

11     SAN FRANCISCO DIVISION

12

| UNITED STATES OF AMERICA, | ) | No. CR 11-0462 RS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** [Proposed] |
| v. | ) | |
| ABDULAZIZ ABDULAHI KHALIL and SIEU MY TRAN, | ) | |
| Defendants. | ) | |

## STIPULATION

It is hereby stipulated by and between Plaintiff, the United States of America, and Defendant, Sieu My Tran, that the sentencing in the above-captioned case shall be continued from June 25, 2013 until August 13, 2012 at 2:30 p.m.. This stipulation is based upon the need of both parties to raise objections to the draft PSR and to facilitate additional matters relating to the sentencing. The parties have conferred with USPO Trevor Lillian, who does not object to the continuance and who is available on August 13, 2013. Counsel for both parties and Mr. Lillian are not available (at the same time) for any of the Court's regularly scheduled criminal hearing dates in July, 2013.

STIPULATION AND ORDER[Proposed]
[CR 11-0462 RS]

1 | DATED: June 10, 2013

2 |

3 |     /s/
ROBIN L. HARRIS
Assistant United States Attorney

4 |

5 |     /s/
DOUGLAS HORNGRAD
Attorney for Defendant Tran

**ORDER** [Proposed]

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the sentencing of defendant Sieu My Tran in the above-captioned matter is continued from June 25, 2013 until August 13, 2013 at 2:30 p.m.

IT IS SO ORDERED.

June 10, 2013

_____
Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND ORDER[Proposed]
[CR 11-0462 RS]                    -2-